# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAURA LONDON, | ) | CASE NO. EDCV 10-00424 (SS) |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of the Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is REVERSED and the action is REMANDED for further proceedings consistent with the Court's Memorandum Decision and Order.

DATED:     October 26, 2010

                    /S/
             SUZANNE H. SEGAL
             UNITED STATES MAGISTRATE JUDGE