LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
    E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | | |
|---|---|---|
| LAURA LONDON, | ) | No.  EDCV 10-424 SS |
| | ) | |
|     Plaintiff, | ) | [PROPOSED] ORDER AWARDING |
| | ) | EAJA FEES |
|     v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner Of Social Security, | ) | |
| | ) | |
|     Defendant. | ) | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA fees are awarded in the amount of THREE
THOUSAND THREE HUNDRED DOLLARS AND 00/100 ($3,300.00) subject to the
terms of the stipulation.

DATE: 11/30/10 _____
                         HON. SUZANNE H. SEGAL
                         UNITED STATES MAGISTRATE JUDGE

-1-